# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                      **ORDER**
                           Criminal File No. 13-140 (MJD/AJB)

(1) CHANDAN PRENTISS HURD,

      Defendant.

LeeAnn K. Bell and Manda M. Sertich, Assistant United States Attorneys, Counsel for Plaintiff.

Shannon Elkins, Office of the Federal Defender, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated September 20, 2013. Defendant filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Chief Magistrate Judge Boylan dated September 20, 2013.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated September 20, 2013 [Docket No. 45].

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 28] is **DENIED**.

Dated:  October 17, 2013          s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court