## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                          Criminal. No. 13-140 (MJD/TNL)

        Plaintiff,

**FINAL ORDER OF FORFEITURE**

v.

CHANDAN PRENTISS HURD,

        Defendant.

WHEREAS, on December 20, 2013, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

a.      Shooters Arms Manufacturing Inc., model Titan FX45 Titan, .45 caliber pistol, serial number TB100572; and

b.      seven live .45 bullets;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 13, 2014, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      the Motion of the United States for a Final Order of Forfeiture [Docket No. 73] is GRANTED;

2.      all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a.      Shooters Arms Manufacturing Inc., model Titan FX45 Titan, .45 caliber pistol, serial number TB100572; and

   b.      seven live .45 bullets; and

3.      the above-described property shall be disposed of by the United States in accordance with law.

   LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   August 12, 2014                    s/ Michael J. Davis
                                            MICHAEL J. DAVIS, Chief Judge
                                            United States District Court

2